IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHEN I. CHUNG, | : |
| Petitioner | : CIVIL NO. 3:12-CV-489 |
| v. | : (JUDGE NEALON) |
| | : (MAGISTRATE JUDGE SMYSER) |
| DAVID EBBERT, WARDEN, | : |
| Respondent | : |

## ORDER

**NOW,** THIS 19th DAY OF JUNE, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 8) is **ADOPTED**;

2. Petitioner's objections to the R&R (Doc. 9) are **OVERRULED**;

3. The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED**;

4. The Clerk of Court shall **CLOSE** this case; and

5. There is no basis for the issuance of a certificate of appealability.

**United States District Judge**

FILED
SCRANTON
JUN 19 2012
PER _____ DEPUTY CLERK